# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

*Taylor v. Stratton*
Case No. 2:06-cv-00702 (JKS)

By:            THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

      The Court believes a copy of the reporter's transcript of trial would be helpful for its *de novo* review of the magistrate judge's findings and recommendations. The Respondent shall file the reporter's transcript of the trial resulting in Petitioner's conviction by January 11, 2008.

**IT IS SO ORDERED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 4, 2007